**Motion Granted; Order filed March 26, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00901-CV
_____

**MELISA SYLVESTER, Appellant**

**V.**

**BJORN M. NILSSON, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-34043**

---

## ORDER

The clerk's record has been filed in this appeal. The reporter's record has not been filed. The court reporter has informed this court that appellant has not made payment arrangements for the record. In response to our notice that unless appellant paid or made arrangements to pay the court reporter, we might consider and decide those issues that do not require a reporter's record, appellant filed a request for an extension.

The clerk's record was filed January 9, 2020. It does not reflect that appellant was presumed indigent in the trial court or filed a statement of inability to afford payment of court costs before the clerk's record was filed. *See* Tex. R. App. P. 20.1(b). In her response, appellant asserts that she filed a statement of inability to pay for the reporter's record in the trial court on February 27, 2020.

This court has not been advised whether the statement was contested or the ruling on any contest. To determine appellant's indigency status, we issue the following order for a partial clerk's record.

We order the Harris County District Clerk to file a supplemental clerk's record containing: (1) appellant's statement of inability to afford payment of costs; (2) the contest(s) to the statement, if any; (3) the trial court's order ruling on any contest; and (4) any other documents pertaining to the claim of indigence and any contests thereto. The supplemental clerk's record is to be filed with the clerk of this court within fifteen (15) days of the date of this order.

Appellant's request for an extension of time to make arrangements to pay for the reporter's record is granted for fifteen (15) days after the supplemental clerk's record is filed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.